UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOREN O.E. NIKOLAI HALSTEN,<br><br>Plaintiff,<br><br>v.<br><br>PROMPT PRAXIS LABORATORIES, LLC AND LISA MCCHESNEY-HARRIS<br><br>Defendants. | CIVIL ACTION NO. _____<br><br><br>**PETITION FOR REMOVAL** |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Defendants, Prompt Praxis Laboratories, LLC and Lisa McChesney-Harris ("Defendants"), respectfully state:

1.  On April 20, 2022, an action was commenced by Plaintiff, Loren O.E. Nikolai Halsten ("Plaintiff") against Defendants in the Superior Court of the Commonwealth of Massachusetts, Suffolk County, Civil Action No. 2284CV00854.  Copies of the Summons and Complaint are annexed hereto as Exhibit A.

2.  In her Complaint, Plaintiff has asserted a federal claim under 42 U.S.C. § 2000e-(3)(a).  Accordingly, this is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and is one that may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action involving a federal question.

3.      In Her Complaint, Plaintiff has asserted that she is a resident of Portsmouth, New Hampshire.  Defendant Prompt Praxis Laboratories, LLC is an Illinois Limited Liability Company with its principal place of business in Illinois. Defendant Lisa McChesney-Harris is a resident of Illinois.  There is complete diversity of citizenship, and the amount in controversy is in excess of $75,000.00.  Therefore, this court has original jurisdiction of this action under the provisions of 28 U.S.C. § 1332, and Defendants are entitled to have this action removed to this court pursuant to 28 U.S.C. § 1441.

4.  Accordingly, this is also a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one that may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action involving a diversity of citizenship.

5.  Pursuant to the provisions of 28 U.S.C. § 1446, this Petition for Removal has been filed with this Court within 30 days after Defendants received notice of the Complaint raising a question of federal law and diversity of citizenship.

WHEREFORE, Defendants pray that the above action now pending in the Superior Court, Commonwealth of Massachusetts, Suffolk County, be removed to this Court.

Respectfully Submitted,
Defendants,
By Their Attorney,


  /s/ Amy B. Royal, Esq.
Amy B. Royal, Esq.
BBO No. 647175
The Royal Law Firm LLP
819 Worcester Street, Suite 2
Springfield, MA 01151
Tel. (413) 586-2288/Fax (413) 586-2281
Dated:  May 16, 2022                         E-mail:  ARoyal@TheRoyalLawFirm.com


CERTIFICATE OF SERVICE

        I hereby certify that a true and accurate copy of the foregoing *Petition for Removal*, was served upon the attorney of record for each other party, Elizabeth Tully, Cohen, Kinne, Valicenti & Cook LLP, 28 North Street, 3rd Floor, Pittsfield, MA 01201, by first-class, U.S. mail, postage pre-paid, on May 16, 2022.


                              /s/ Amy B. Royal, Esq.
                              Amy B. Royal, Esq.