UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOREN O.E. NIKOLAI HALSTEN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PROMPT PRAXIS LABORATORIES, LLC AND LISA MCCHESNEY-HARRIS[1]<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 1:22-cv-10750-DPW |

## **MOTION TO EXTEND PRETRIAL DEADLINES**

NOW COME the Defendants and herewith petition this Honorable Court to extend pretrial deadlines in this matter. This motion is being filed because the deadline for the close of discovery is rapidly approaching, the case (as noted in detail below) procedurally has not been able to advance, and Plaintiff refuses to join in the request despite the fact that Plaintiff too has been unable to conduct discovery because of the procedural hold on the case. As grounds therefore, the Defendants state as follows:

Discovery in this matter closes on December 29, 2023; however, the parties have only been able to engage in minimal discovery for the reasons that follow.

This matter could not be litigated for over 13 months, from May 27, 2022 until July 11, 2023, because the Defendants' motion to dismiss Plaintiff's complaint was yet to be decided. The case therefore had to be at a standstill, yet the deadlines were never stayed or adjusted. The motion to dismiss was not ultimately decided upon until

---

[1] In its ruling dated July 11, 2023, the Court dismissed individual defendant, Lisa McChesney-Harris from this case.

1

July 11, 2023.  Specifically, the events related to the Defendants' motion to dismiss occurred as follows:

- A Motion to Dismiss was filed on May 27, 2022.

- No hearing was scheduled for the Defendants' motion to dismiss.

- The Court's decision on Defendants' motion to dismiss was entered on July 11, 2023.

- Defendants moved to for the Court to reconsider its decision on July 24, 2023, the decision on which was not made until August 11, 2023.

Procedurally the case could not be litigated because of the Defendants' pending motion to dismiss. It is not practicable to commence and complete discovery in a complex wage and hour matter, with the added element of retaliation due to Plaintiff allegedly reporting sexual harassment under the current timetable. Because it took more than thirteen months for the Defendants' motion to dismiss to be decided upon and because the Defendants were only given little over five months from the decision on Defendants' motion to dismiss to conduct discovery, the Defendants request that new pretrial deadlines be issued on the following deadlines:

| **Current Deadline** | **Requested Extended Deadline** |
|---|---|
| Notify the court if all parties would like to participate in the court's mediation program - November 10, 2023 | February 9, 2024 |
| All fact discovery completed - December 29, 2023 | March 29, 2024 |
| Dispositive Motions due – January 26, 2024 | April 26, 2024 |
| Oppositions to Dispositive Motions due – February 16, 2024 | May 16, 2024 |

If this motion is not allowed, all parties will be severely prejudiced as minimal discovery has been able to go forward due to Defendants' motion to dismiss.

2

WHEREFORE, the Defendants petition this Honorable Court to allow the Defendants' Motion to Extend Pretrial Deadlines, and, in light of the above, issue a new order per the requested deadlines above.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>Defendants,<br>By Their Attorney,<br><br>___/s/ Trevor Brice_____<br>Trevor Brice, Esq.<br>BBO #706213<br>The Royal Law Firm LLP<br>33 Elliot Street<br>Springfield, MA 01105<br>Tel. (413) 586-2288/Fax (413) 586-2281 |
| Dated: October 27, 2023 | E-mail: TBrice@TheRoyalLawFirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Motion to Extend Pretrial Deadlines* was served upon the attorney of record for each other party via the Court's CM/ECF Electronic Case Filing system, on October 27, 2023.

           ___/s/ Trevor Brice_____
           Trevor Brice, Esq.