UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOREN O.E. NIKOLAI HALSTEN,<br><br>     Plaintiff,<br><br>v.<br><br>PROMPT PRAXIS LABORATORIES, LLC AND LISA MCCHESNEY-HARRIS<br><br>     Defendants. | CIVIL ACTION NO. 1:22-cv-10750 |

## JOINT MOTION TO SELECT A NEW TRIAL DATE

NOW COME the Parties and herewith file this Joint Motion to Select a New Trial Date in this matter. As grounds therefore, the Parties state as follows:

First, Defendants' primary witnesses are medically unavailable. Cecilia Newcomb's (Prompt Praxis' Senior Vice President) husband has suffered a significant stroke for which he is in rehabilitation in Minnesota and Ms. Newcomb will not be able leave Minnesota while her husband is in rehabilitation for this stroke. Further, another one of Defendants' primary witnesses is in the hospital presently being treated for a brain tumor. Further time is needed to determine whether these witnesses are able to travel from Minnesota and the Midwest to attend trial.

Secondly, there are events currently scheduled for which witnesses and attorneys cannot be excused from that conflict with this date. Defendant Lisa McChesney-Harris is celebrating her grandson's high school graduation with her family on the date of trial. Further, Attorney Amy Royal, Attorney for Defendants, is celebrating her mother-in-law's 80th birthday in Atlanta at a very large family celebration the entire

week of the trial. Both Defendant Lisa McChesney-Harris and Attorney Amy Royal have prepaid costs of these trips and are unavailable for the current date of trial.

Finally, Plaintiff's counsel is largely unavailable during the month of July 2024, due to a prescheduled and pre-paid for family vacation and an arbitration scheduled in the second half of July.

As such, the Parties request a new trial date to be scheduled for no sooner than August 5, 2024. In the alternative, the Parties request that the Court hold a scheduling conference to determine a new trial date.

WHEREFORE, the Parties request that this Joint Motion be allowed, and further, that a new trial date be scheduled for no sooner than August 5, 2024, or in the alternative that the Court hold a scheduling conference to set a new trial date.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>Defendants,<br>By Their Attorney,<br><br>  /s/ Trevor Brice<br>Trevor Brice, Esq.<br>BBO #706213<br>The Royal Law Firm LLP<br>33 Elliot Street<br>Springfield, MA 01105<br>Tel. (413) 586-2288/Fax (413) 586-2281 |
| Dated:  April 16, 2024 | E-mail:  TBrice@TheRoyalLawFirm.com |

|  |  |
|---|---|
|  | Plaintiff,<br>By Her Attorney,<br><br>  /s/ Elizabeth Tully<br>Elizabeth Tully, Esq.<br>BBO #559004<br>Cohen Kinne Valicenti & Cook LLP<br>28 North Street, 3rd Floor<br>Pittsfield, MA 01201<br>Tel. (413) 443-9399 |
| Dated:  April 16, 2024 | E-mail:  etully@cohenkinne.com |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing *Joint Motion to Select New Trial Date* was served upon the attorney of record for each other party via the Court's CM/ECF Electronic Case Filing system, on April 16, 2024.

  /s/ Trevor Brice
Trevor Brice, Esq.